

Alan Steven Wolf–Bar No. 94665
Caren Jacobs Castle–Bar No. 93888
Daniel K. Fujimoto–Bar No. 158575
Kayo Manson-Tompkins - Bar No. 136476
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant, Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3

The following constitutes
the order of the court. Signed January 11, 2018

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>Cecilia Mangaoang<br>　　　　　　Debtor. | Case No. 17-50208<br>RS NO: ASW-3024<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:　　　January 2, 2018<br>Time:　　　10:30 a.m.<br>Courtroom:　3099<br><br>U.S. Bankruptcy Court<br>280 South First Street<br>San Jose, CA 95113-3099 |

　　A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3, and having been

- 1 -

heard before the HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, on January 2, 2018, Movant appearing by its attorneys THE WOLF FIRM by Daniel K. Fujimoto, Esq., and Debtor appearing by its attorney, John Downing, and there being no pleading in opposition by the Debtor or by the Trustee, and no appearance by the Trustee, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation after oral argument, does hereby make its Order as follows:

IT IS HEREBY ORDERED that with respect to the real property commonly known as 2901 Capewood Lane, San Jose, CA 95132, and more fully described as follows:

SEE DOCUMENT NO. 19268025 RECORDED IN THE OFFICIAL
RECORDS OF SANTA CLARA COUNTY ON JANUARY 18, 2007

Movant and its agents and successors are relieved of the automatic stay, and said stay is terminated immediately, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights against the property under its Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

**END OF ORDER**

# COURT SERVICE LIST